## KINDLE v. STATE.
### No. 17915.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

Ben F. Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for manufacturing intoxicating liquor, punishment being assessed at confinement in the penitentiary for one year.

Since the conviction the law (Pen.Code 1925, art. 666 et seq., as amended) upon which the prosecution was predicated has been repealed without any saving clause (Vernon's Ann.P.C. art. 666—49). See Meadows v. State (Tex.Cr.App.) 88 S.W. (2d) 481.

The judgment is reversed and the prosecution ordered dismissed.